UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**NARRAGANSETT INDIAN**
**MEETING CHURCH**

v.                                                                                         2021 cv 332-MSM-PAS

**IRVING JOHNSON, alias**

### STIPULATION

By agreement of the parties, Plaintiff may respond to Defendant's Counter Claim on or before October 19, 2021.

| | |
|---|---|
| Plaintiff, | Defendant, |
| By its Attorney | By his Attorney |
| | |
| /s/ John F. Killoy, Jr. | /s/ Shannah Kurland |
| _____ | _____ |
| John F. Killoy, Jr., Esq. #3761 | Shannah Kurland, Esq. |
| LAW OFFICE OFJOHN F. KILLOY, JR., LLC | 149 Lenox Avenue |
| 887 Boston Neck Rd., Suite One | Providence, RI 02907 |
| Narragansett, RI 02882 | (401) 439-0518 |
| (401) 792-9090 | Skurland.esq@gmail.com |
| jkilloy@killoylaw.com | |

Date:   October 8, 2021

### CERTIFICATION

I hereby certify that I have filed the within with the US District Court for the District of Rhode Island, on this the 8th day of October 2021, that a copy is available for viewing and downloading via the ECF System.

/s/ John F. Killoy
_____