# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Narragansett Indian Meeting Church
Plaintiff,

v.

Case No.: 1:21–cv–00332–MSM–PAS

Irving Johnson
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by December 29, 2022

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by January 30, 2023

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by February 28, 2023

4. All expert discovery shall be completed by March 30, 2023

5. Dispositive motions shall be filed by April 28, 2023

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

June 29, 2022

By the Court:

/s/ Mary S. McElroy
United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401–752–7204